ORIGINAL

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
CR 04-00408SOM-01

DOCKET NUMBER *(Rec. Court)*
6:06-CR-188-31-JGG

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br><br>PAUL O. JENKINS | DISTRICT<br><br>District of Hawaii | DIVISION<br><br>Honolulu |
|---|---|---|

NAME OF SENTENCING JUDGE

Susan Oki Mollway

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>9/12/2005 | TO<br>9/11/2010 |
|---|---|---|

OFFENSE

18 U.S.C. §§ 1344 and 2 - BANK FRAUD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**PART 1 - ORDER TRANSFERRING JURISDICTION**

OCT 2 3 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida (Orlando) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/14/06
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Florida (Orlando)

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/16/06
_____
*Effective Date*

_____
*United States District Judge*